UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LISA KAY BLANCHARD,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CAROLYN COLVIN, Commissioner of Social Security Administration,<br><br>　　　　　Defendant/<br>　　　　　Counterclaimant. | No. CV-12-343-CI<br><br>ORDER OF DISMISSAL |

　　　The Complaint is dismissed for failure to file a notice of intent to proceed by July 31, 2013, as directed by this Court's Order filed June 21, 2013.  ECF No. 18.

　　　**IT IS SO ORDERED.**  The Clerk of the Court shall provide a copy of this Order to the Defendant and to Plaintiff at her last known address.

　　　DATED August 5, 2013.

　　　　　　　　　　S/ CYNTHIA IMBROGNO
　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER OF DISMISSAL - 1